NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARY ROSE DIEFENDERFER,**
*Petitioner,*

v.

**DEPARTMENT OF TRANSPORTION,**
*Respondent.*

---

2011-3077

---

Petition for review of the Merit Systems Protection Board in case no. SE1221030298-B-3.

---

**ON MOTION**

---

**ORDER**

The parties jointly move to stay proceedings due to settlement efforts.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Mary Rose Diefenderfer's brief is due within 60 days of the date of filing of this order.

FOR THE COURT

__JUN 2 4 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Mary Dryovage, Esq.
    Jane W. Vanneman, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 2 4 2011

**JAN HORBALY**
**CLERK**